**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03376-CMA-KMT

ABSOLUTE INVESTMENT ADVISERS LLC, a Massachusetts limited liability company,

    Plaintiff,

v.

LOOMIS, SAYLES & COMPANY, L.P., a Delaware limited partnership;
LOOMIS SAYLES ABSOLUTE STRATEGIES FUND;
LOOMIS, SAYLES & COMPANY, INC. a Massachusetts corporation; and
NATIXIS DISTRIBUTORS, L.P., a Delaware limited partnership,

    Defendants.

## ORDER OF RECUSAL

    This matter is before me on a review of the file.  Based on my past professional relationship with the law firm of Davis Graham & Stubbs, LLP, I believe that I should recuse myself.  It is, therefore,

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    DATED: December 29, 2011

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge