IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03376–WJM–KMT

ABSOLUTE INVESTMENT ADVISERS LLC, a Massachusetts limited liability company,

    Plaintiff,

v.

LOOMIS, SAYLES & COMPANY, L.P., a Delaware limited partnership,
LOOMIS SAYLES ABSOLUTE STRATEGIES FUND,
LOOMIS, SAYLES & COMPANY, INC., a Massachusetts corporation, and
NATIXIS DISTRIBUTORS, L.P., a Delaware limited partnership,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion for Withdrawal of Appearance of Olympia Z. Fay on Behalf of Plaintiff Absolute Investment Advisers LLC" (#31, filed March 30, 2012). Being otherwise fully advised, it is hereby ORDERED that the Motion (#31) is GRANTED. Attorney Olympia Z. Fay is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Fay from the electronic certificate of mailing.

Dated: April 2, 2012